```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 21243
    SOLOMON DAVIS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-4760


-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 11/13/2007 and was confirmed 01/03/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors    3.00%.

      The case was dismissed after confirmation 06/05/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
B-REAL LLC                 UNSECURED         1310.82            .00           .00
CITIMORTGAGE INC           CURRENT MORTG     4033.49            .00       4033.49
CITIMORTGAGE INC           MORTGAGE ARRE    36924.60            .00           .00
RMI/MCSI                   UNSECURED         4250.00            .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED          213.22            .00           .00
CITIMORTGAGE               NOTICE ONLY      NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   SECURED           6000.00            .00        240.00
INTERNAL REVENUE SERVICE   NOTICE ONLY      NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   NOTICE ONLY      NOT FILED           .00           .00
IL STATE DISBURSEMENT UN   NOTICE ONLY      NOT FILED           .00           .00
LATOYA DIXON               NOTICE ONLY      NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         11658.06            .00           .00
ALLIED INTERSTATE INC      UNSECURED        NOT FILED           .00           .00
ASSET ACCEPTANCE CORP      UNSECURED          402.45            .00           .00
PRIMARY HEALTHCARE ASSOC   UNSECURED        NOT FILED           .00           .00
CHECK RECOVERY SYSTEMS     UNSECURED        NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSECURED         3220.00            .00           .00
CITY OF CHICAGO            NOTICE ONLY      NOT FILED           .00           .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED           .00           .00
COMCAST                    UNSECURED        NOT FILED           .00           .00
COMCAST                    UNSECURED        NOT FILED           .00           .00
CITY OF BLUE ISLAND        UNSECURED        NOT FILED           .00           .00
DIRECTV                    UNSECURED        NOT FILED           .00           .00
FIRST PREMIER BANK         UNSECURED        NOT FILED           .00           .00
ISAC                       NOTICE ONLY      NOT FILED           .00           .00
ILLINOIS SECRETARY OF ST   NOTICE ONLY      NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   UNSECURED         4886.36            .00           .00
ECMC                       UNSECURED        59024.33            .00           .00
MCI WORLD COM              UNSECURED        NOT FILED           .00           .00
MERCY PHYSICIAN BILLING    UNSECURED        NOT FILED           .00           .00
MERCY PHYSICIAN BILLING    UNSECURED        NOT FILED           .00           .00
MERCY HOSPITAL             UNSECURED        NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 21243 SOLOMON DAVIS
```

```
ST MARGARET MARY HEALTHC  UNSECURED      NOT FILED            .00             .00
NICOR GAS                 UNSECURED       2641.08             .00             .00
RADIOLOGICAL PHY          UNSECURED      NOT FILED            .00             .00
ST MARGARET MERCY HAMMON  UNSECURED      NOT FILED            .00             .00
CHICAGO CENTRAL EP        UNSECURED        505.00             .00             .00
US CELLULAR               UNSECURED      NOT FILED            .00             .00
IL STATE DISBURSEMENT UN  PRIORITY        3113.84             .00             .00
IL STATE DISBURSEMENT UN  PRIORITY        4082.57             .00             .00
DANIEL J WINTER           REIMBURSEMENT    274.00             .00          274.00
CITIMORTGAGE              NOTICE ONLY   NOT FILED             .00             .00
DANIEL J WINTER           DEBTOR ATTY    3,500.00                             .00
TOM VAUGHN                TRUSTEE                                          390.97
DEBTOR REFUND             REFUND                                              .00


         Summary of Receipts and Disbursements:
      -------------------------------------------------------------------------
                             RECEIPTS             DISBURSEMENTS
      -------------------------------------------------------------------------
TRUSTEE                      4,938.46

PRIORITY                                                 274.00
SECURED                                                4,273.49
UNSECURED                                                    .00
ADMINISTRATIVE                                               .00
TRUSTEE COMPENSATION                                     390.97
DEBTOR REFUND                                                .00
                          ---------------        ---------------
TOTALS                       4,938.46                 4,938.46
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 09/25/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                       PAGE   2
         CASE NO. 07 B 21243 SOLOMON DAVIS